Louis J. Hoffman (Ariz. State Bar #009722)
11811 North Tatum Boulevard, Suite 2100
Phoenix, Arizona 85028
Tel.:  (480) 948-3295
Fax:  (480) 948-3387
E-mail:  ljh@patentit.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lemelson Medical, Education & Research Foundation, Limited Partnership, <br>　　　　Plaintiff <br><br> vs. <br><br> Maxim Integrated Products, Inc., <br>　　　　Defendant. | ) No. CIV 99-0377 PHX (HRH) <br> ) <br> ) **STIPULATED MOTION FOR** <br> ) **DISMISSAL (MAXIM)** <br> ) <br> ) <br> ) <br> ) <br> ) |

　　　　Plaintiff Lemelson Medical, Education & Research Foundation, Limited Partnership ("Lemelson Foundation Partnership") brought action No. CIV 99-0377 PHX (HRH) in February, 1999 against 89 defendants, including Maxim Integrated Products, Inc. ("Maxim").

　　　　Pursuant to Rule 41(a)(2), Fed.R.Civ.P., the Lemelson Foundation Partnership and Maxim now jointly move this Court for entry of an order mutually dismissing with prejudice all pending claims and counterclaims between them because those parties have agreed to a settlement of those claims and counterclaims.

　　　　The Lemelson Foundation Partnership advises that, because of settlements, no other defendants remain in this action, therefore the parties move that action No. CIV 99-0377 PHX (HRH) should be finally terminated.

1

1  DATED this 28th day of September, 2007.

2

3                                    LOUIS J. HOFFMAN, P.C.

4                                    By:   s/Louis J. Hoffman
                                           Louis J. Hoffman
5                                          11811 North Tatum Boulevard
                                           Suite 2100
6                                          Phoenix, Arizona 85028
                                           Tel.: (480) 948-3295
7                                          Attorney for Plaintiff
8
9                                    ROPERS, MAJESKI, KOHN & BENTLEY
10
                                     By:   s/Lita M. Verrier
11                                         Lita M. Verrier
                                           Robert P. Andris
12                                         Michael J. Ioannou
                                           Lael D. Andara
13                                         1001 Marshall Street, Suite 300
                                           Redwood City, California 94063
14                                         Tel.: (650) 364-8200
                                           Attorneys for Defendant Maxim
15                                         Integrated Products, Inc.
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that, on September 28, 2007, I caused this paper to be served through the Court's electronic filing and service system (ECF) to those registered with that system for this case and that I caused a copy to be delivered by U.S. mail, postage prepaid, to Judge Holland's chambers.

  s/Donald Hertz
Donald Hertz