IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
LEMELSON MEDICAL, EDUCATION &      )
RESEARCH FOUNDATION, LIMITED       )
PARTNERSHIP,                       )
                                   )
                    Plaintiff,     )
                                   )
          vs.                      )
                                   )
MAXIM INTEGRATED PRODUCTS, INC.,   )
                                   )   No. 2:99-cv-0377-HRH
                    Defendant.     )
_____)
```

O R D E R

    This matter coming before the Court on the "Stipulated Motion for Dismissal (Maxim)," and good cause appearing:

    IT IS ORDERED THAT all pending claims and counterclaims between Plaintiff Lemelson Medical, Education & Research Foundation Limited Partnership ("Lemelson Foundation Partnership") and Maxim Integrated Products, Inc., are dismissed with prejudice.

    All defendants having been dismissed by separate orders, Case No. CIV 99-0377 PHX (HRH) is hereby finally terminated.

    DATED at Anchorage, Alaska, this <u>9th</u> day of October, 2007.

                                           /s/ H. Russel Holland
                                           United States District Judge